**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     Daniel  Paredes v. JLW Development, Inc. and Hockley Properties, LLC

Appellate case number:   01-19-00210-CV

Trial court case number: 2012-22021

Trial court:                   125th District Court of Harris County

Appellant's second motion for extension of time to file his brief is **granted.** Appellant's brief is due January 15, 2020. **No further extensions will be granted.**

It is so ORDERED.


Judge's signature: _____/s/ Julie Countiss_____
                                   Acting individually


Date:  _December 19, 2019_____